| 1 | McGREGOR W. SCOTT |
|---|---|

```
McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States
```

**FILED**

JUN 01 2018



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DEBRA ROTH, and the STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY HEALTH COMMISSION d/b/a/ HEALTH PLAN OF SAN JOAQUIN,<br><br>Defendants. | 2:17-CV-775 JAM EFB<br><br>**ORDER ON THE UNITED STATES' NOTICE OF DECLINATION**<br><br>~~FILED UNDER SEAL~~ |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' Notice of Declination, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

///

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: June 1, 2018

HONORABLE JOHN A. MENDEZ
United States District Court Judge